UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              Civil Action
                              No: **17-10015-WGY**

**NASTA**
**Plaintiff**

v.

**FORD MOTOR COMPANY**
**Defendant**

JUDGMENT

     This action came before the Court for a ruling on Defendant's Motion for Summary Judgment. The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT**

**Ford Motor Company**

                              **Robert M. Farrell**
                              **Clerk**

                              **/s/ Jennifer Gaudet**
                              **Deputy Clerk**

May 18, 2017
To: All Counsel